

# Fourth Court of Appeals
## San Antonio, Texas

June 16, 2015

No. 04-14-00922-CV

John E. **RODARTE,** Sr.,
Appellant

v.

**TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICE,**
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-12625
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

On January 20, 2015, before the appellate record was filed, appellant filed an appellant's brief and certified that he sent a copy to appellee. On May 7, 2015, the clerk's record was filed, and on May 14, 2015, a supplemental clerk's record was filed. There is no reporter's record. Thus, appellant's brief was due June 8, 2015. Appellant has not filed an amended brief. Therefore, it appears he is standing on the brief he filed in January. Therefore, if appellee wishes to file a brief, it must do so before **July 16, 2015**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court